NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MATTHEW BELL,                              )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D16-5607
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
_____    )

Opinion filed March 16, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender and
Karen M. Kinney, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CRENSHAW, and LUCAS, JJ., Concur.